UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA ANN MORALES, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:08-0032 |
| | ) Judge Trauger |
| v. | ) |
| BELLSOUTH TELECOMMUNICATIONS, INC., | ) |
| Defendant. | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, defendant BellSouth Telecommunication's Motion For Summary Judgment (Docket No. 40) is **GRANTED IN PART AND DENIED IN PART.** The plaintiff may move forward with her Americans with Disabilities Act claim and her related Tennessee Disability Act claim; all other claims are dismissed.

It is so ordered.

Enter this 11th day of May 2009.

ALETA A. TRAUGER
United States District Judge